IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| PRISCILLA FANT, | * |
| Plaintiff, | * |
| v. | Case No.   7:21-cv-49(WLS) |
| | * |
| NASHVILLE HOUSING AUTHORITY, et al., | |
| | * |
| Defendants. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated September 7, 2021, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 7th day of September, 2021.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk